UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PAUL C. BOLIN, E88100,<br><br>　　　　Plaintiff/Petitioner. | Case No. 21-cv-07494-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

    This purported civil action by a prisoner was filed on September 27, 2021. The court notified plaintiff/petitioner in writing at that time that the action was deficient because plaintiff/petitioner did not pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff/petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

    More than 28 days have elapsed; however, plaintiff/petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action accordingly is DISMISSED without prejudice.

    The clerk is instructed to close the file.

    **IT IS SO ORDERED**.

Dated: November 5, 2021

_____
CHARLES R. BREYER
United States District Judge